**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**January 17, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-30479

Summary Calendar

_____

ELFRIDA JOHNSON,

Plaintiff-Appellant

versus

MIKE PONDER; LARRY D. BOOK;
METROPOLITAN COUNCIL,

Defendants-Appellees

_____

Appeal from the United States District Court
For the Middle District of Louisiana

_____

(USDC No. 3:02-CV-960)

Before REAVLEY, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Elfrida Johnson claims discrimination and violation of the

Fair Housing Act and the Louisiana Equal Housing Opportunity Act in

the refusal of defendants to sell her a certain lot, as well as in

the financing of the purchase. The district court granted summary

judgment to the defendants, concluding under the undisputed facts

_____

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

that Johnson was attempting to purchase a certain lot on which a house was located, but the city did not own that lot.

AFFIRMED.